**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000845
29-JUL-2014
08:23 AM**

NO. CAAP-14-0000845

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the C-Bass Mortgage Loan
Asset-Backed Certificates, Series 2006-CB6, Without Recourse,
Plaintiff-Appellee
v.
WILLIAM JOSEPH MALONEY, Defendant-Appellant,
and
BARBARA JANE MALONEY, et al., Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2203-08)

ORDER GRANTING THE JULY 10, 2014 MOTION TO DISMISS
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Motion to Dismiss, filed on July 10, 2014, by Defendant-Appellant William Joseph Maloney (**Appellant**), pro se, the papers in support and the record, and noting no opposition, it appears that Appellant seeks to dismiss the appeal.

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed. The parties shall bear their own appellate fees and costs.

DATED: Honolulu, Hawai‘i, July 29, 2014.


Chief Judge


Associate Judge


Associate Judge